**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:
Scott Acquisition Corp.[1]

Debtor(s).

CHAPTER 7
Case No. 04-12594/KJC
*SUBSTANTIVELY CONSOLIDATED*
Hearing Date: August 16, 2016 at 10:00 A.M.
Objection Date: August 9, 2016 at 4:00 P.M.

Related Doc.:  1594

## ORDER TO PAY UNCLAIMED CHECK TO COURT

**IT IS ORDERED** that the Trustee shall pay a check dividend in the amount of Forty-Four Thousand Eight Hundred and Ninety Dollars and Ninety-Three Cents ($44,890.93) to the Clerk, United States Bankruptcy Court for the District of Delaware, representing unclaimed payments as follows:

| Check # | Creditor | Claim # | Check Amount |
|---|---|---|---|
| 3663 | 3-D COASTAL OIL | 550 | $282.53 |
| 3604 | ABC SUPPLY | 406 | $81.07 |
| 3636 | ALL BROWARD HURRICANE | 486 | $140.33 |
| 3669 | ALLISON'S FENCE | 565 | $253.18 |
| 3534 | ALTENLOH, BRINCK & CO. | 194 | $28.64 |
| 3662 | AUBURNDALE SUN | 546 | $42.99 |
| 3417 | BEST PRODUCTS MIX, INC. | 13 | $481.82 |
| 3609 | BEST PRODUCTS MIX, INC. | 414 | $743.52 |
| 3561 | BRYANT, DON R. (Per TFR) | 240 | $315.28 |
| 3479 | CITY OF ST. PETERSBURG | 119 | $45.76 |
| 3590 | CITY OF STARKE | 384 | $251.00 |
| 3570 | CLARK, CAMPBELL & MAWHINNEY | 353 | $201.35 |
| 3537 | COMMERCIAL ELECTRIC OF FLORIDA | 198 | $2,293.50 |
| 3432 | CREDIT DATA SERVICES, INC. | 48 | $15.38 |
| 3415 | CROWN OUTDOOR ADVERTISING | 11 | $118.59 |
| 3461 | DIXON ELECTRIC | 95 | $258.59 |
| 3712 | DON R. BRYANT, ARCHITECT | 667 | $68.07 |
| 3551 | FLORIDA GULF PACKAGING | 221 | $356.62 |
| 3687 | GAINESVILLE DOOR CO | 608 | $31.55 |
| 3591 | GOVERNMENT AGENCY FLORIDA | 386 | $6.74 |
| 3593 | GOVERNMENT AGENCY FLORIDA | 390 | $7.81 |
| 3594 | GOVERNMENT AGENCY FLORIDA | 391 | $8.87 |
| 3516 | GREAT SOUTHERN WOOD PRESERVING | 165 | $11,043.93 |
| 3435 | JACK'S SHORE BREEZE, INC. | 54 | $238.56 |
| 3708 | JACKSONVILLE ELECTRIC | 659 | $411.39 |
| 3716 | JACKSONVILLE ELECTRIC AUTHORITY | 676 | $378.01 |
| 3552 | KREMMEL, MERRY S | 222 | $955.39 |
| 3715 | LANIER WORLDWIDE INC | 675 | $62.69 |
| 3533 | LEE COUNTY UTILITIES | 189 | $5.04 |
| 3574 | LEE T. VON STEIN | 361 | $1,533.39 |
| 3567 | NEWMAN LEVINE METZLER | 324 | $5,313.78 |
| 3507 | NORTH AMERICAN OFFICE SOLUTIONS | 153 | $99.41 |
| 3693 | OCALA ELECTRIC UTILITY | 620 | $330.44 |
| 3623 | OFFICE PRODUCTS & SERVICE | 441 | $12.45 |
| 3453 | OSCEOLA SHOPPER | 86 | $382.88 |
| 3473 | PARTS NOW LLC | 108 | $52.96 |

The Debtors are Scott Acquisition Corp. 04-12594 and Scotty's Inc. Case No.: 04-12595

| 3460 | PYE BARKER FIRE AND SAFETY | 94 | $142.03 |
|------|---------------------------|-----|---------|
| 3618 | QUALITY A/C & HEATING | 433 | $54.07 |
| 3476 | QUALITY A/C HEATING | 115 | $43.33 |
| 3455 | RENDA BROADCASTING CORPORATION | 89 | $435.66 |
| 3586 | RING POWER | 379 | $32.88 |
| 3587 | RING POWER | 380 | $254.57 |
| 3666 | SIMPSON STRONG-TIE CO INC. | 558 | $508.90 |
| 3511 | SONITROL CORPORATION | 157 | $100.51 |
| 3547 | SOUTHLAN PLAZA, INC. | 214 | $531.97 |
| 3548 | SOUTHLAN PLAZA, INC. | 215 | $188.64 |
| 3603 | SPRING HILL ASSOCIATES,LTD | 405 | $6,081.90 |
| 3502 | SUN COAST PLANNING | 148 | $78.82 |
| 3492 | TERMAC AMERICA, LLC | 134 | $6,255.38 |
| 3456 | THE GAINESVILLE SUN | 90 | $1,031.58 |
| 3611 | THE GAINESVILLE SUN | 417 | $287.32 |
| 3434 | TRANSOURCE/ B2 DIRECT | 53 | $66.53 |
| 3681 | TREASURE COAST NEWSPAPERS | 593 | $1,011.60 |
| 3626 | TRM COPIERS | 452 | $385.27 |
| 3442 | WASTE MANAGEMENT | 64 | $391.53 |
| 3508 | WASTE SERVICES OF FLA. INC. | 154 | $60.66 |
| 3500 | WILSONART INTERNATIONAL | 145 | $86.46 |
| 3526 | WILSONART INTERNATIONAL | 178 | $7.81 |

**HONORABLE KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**

Ordered this ___12th___ day of ___Aug___, 2016

2

The Debtors are Scott Acquisition Corp. 04-12594 and Scotty's Inc. Case No.: 04-12595