# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Scott Acquisition Corp. | |
| 5300 Recker Highway | |
| Winter Haven, FL 33880 | |
| **EIN:** 59–3508711 | **Case No.:** 04–12594–KJC |

### NOTICE OF HEARING

Spring Hill Associates, LLLP has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 2/21/17 at 10:15 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 2/14/17 .

_____

Una O'Boyle, Clerk of Court

Date: 12/28/16

(VAN–455)