**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:**<br><br>**Scott Acquisition Corp.**[1]<br><br>**Debtor(s).** | **CHAPTER 7**<br>**Case No. 04-12594/KJC**<br><br>***SUBSTANTIVELY CONSOLIDATED***<br><br>**Hearing Date: February 21, 2017 at 10:15 A.M.**<br>**Objection Date: February 14, 2017 by 4:00 P.M.** |

**CERTIFICATE OF SERVICE**

I, Alfred T. Giuliano, Chapter 7 Trustee, do hereby certify that on February 16, 2017 a copy of the *Certificate of No Objection* and *Notice of Agenda of Matters Scheduled for Hearing* to the Chapter 7 Trustee's *Application to Turnover Unclaimed Funds to Court* was served, via regular, first-class, postage paid, on the following:

Honorable Kevin J. Carey
United States Bankruptcy Judge
824 North Market Street, 6th Floor
Wilmington, DE 19801

U.S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

February 16, 2017
Dated

*/s/ Alfred T. Giuliano*
Alfred T. Giuliano
Chapter 7 Trustee
140 Bradford Drive
West Berlin, New Jersey 08091
(856) 767-3000

[1] The Debtors are Scott Acquisition Corp. (Case No. 04-12594/KJC) and Scotty's Inc. (Case No. 04-12595/KJC)